**DUPLICATE ORIGINAL**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CRIMINAL COMPLAINT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Leda D. Wettre |
| v. | : | Mag. No. 20-13169 |
| JAYSON GREENE | : | |
| | : | |

I, Marilyn Gonzalez, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Deputy with the United States Marshals Service, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

*Marilyn Gonzalez*
_____
Marilyn Gonzalez, Special Deputy
United States Marshals Service

Special Deputy Gonzalez attested
to this Complaint by telephone
pursuant to FRCP 4.1(b)(2)(A) on
April 15, 2020 in the
District of New Jersey

*Leda D. Wettre*   4/15/20 4:42pm
Honorable Leda D. Wettre
United States Magistrate Judge

## **ATTACHMENT A**

### **COUNT ONE**

(Possession of Ammunition by a Convicted Felon)

On or about February 23, 2020, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**JAYSON GREENE,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Hudson County, did knowingly possess in and affecting commerce five (5) rounds of .40 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

**ATTACHMENT B**

     I, Marilyn Gonzalez, am a Special Deputy with the United States Marshals Service ("USMS"). I have knowledge of the following facts based upon both my investigation and discussions with other law enforcement personnel and others. Because this affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact that I know concerning this investigation.  Where statements of others are set forth herein, these statements are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Law enforcement has been investigating a shooting (the "Hawthorne Shooting") that occurred on or about on February 23, 2020 (the "Incident Date") at approximately 5:28pm in the vicinity of 338 Hawthorne Avenue in Newark, New Jersey.  Law enforcement responded to the scene and located five .40 caliber spent cartridge casings (the "Ammunition") in the street near 338 Hawthorne Avenue.

2. The Hawthorne Shooting was captured on surveillance footage ("the Surveillance Footage").  The Surveillance Footage preceding the Hawthorne Shooting depicted two men during an argument; one of the men wore a red jacket (the "Intended Target") and the other man, later identified as Jayson Greene ("GREENE"), wore a gray sweatshirt.

3. The Surveillance Footage further depicted that following the argument, the Intended Target walked away from GREENE.  Thereafter, the Surveillance Footage depicted GREENE enter a gray Chevrolet Equinox (the "Equinox") and reach in the direction of the glove compartment before exiting the Equinox.  When GREENE exited the Equinox, the Intended Target had walked away from GREENE.  The Surveillance Footage depicted GREENE motion in the Intended Target's direction and the Intended Target ran back towards GREENE.  The Surveillance Footage depicted GREENE firing a handgun several times in the intended target's direction.[1]  GREENE fled the scene in the Equinox following the shooting.  Following the shooting, law enforcement recovered the Ammunition in the approximate area where the Surveillance Footage depicted GREENE firing the handgun.

---

[1] I observed at least four muzzle flashes on the Surveillance Footage when GREENE fired in the Intended Target's direction.

4. Law enforcement identified GREENE from the Surveillance Footage using facial recognition software.  Thereafter, law enforcement was able to confirm that GREENE's paramour, Individual-1, has a gray Chevrolet Equinox registered in her name.  Individual-1's gray Chevrolet Equinox appears to be the same Equinox that was captured on the Surveillance Footage that depicted the Hawthorne Shooting.

5. On February 25, 2020, Individual-1's gray Chevy Equinox was parked outside of Individual-1's apartment building.  Video surveillance footage from Individual-1's apartment building from the incident date depicted GREENE enter Individual-1's gray Chevy Equinox prior to the shots-fired incident while wearing what appears to be the same clothing that he wore during the Hawthorne Shooting.

6. The Ammunition was manufactured outside of the State of New Jersey, and thus traveled in interstate commerce prior to GREENE's possession of the Ammunition in New Jersey on February 23, 2020.

7. On or about August 4, 2011, GREENE was convicted of the following crime in the Superior Court of New Jersey, Hudson County: Unlawful Possession of a Handgun, a second degree crime, in violation of N.J.S.A. 2C:39-5(b), a crime punishable by imprisonment for a term exceeding one year.  Accordingly, GREENE was sentenced to two years' probation.